JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., a minor, by through his Guardian Ad Litem, ALEJANDRO RODRIGUEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>COLTON JOINT UNIFIED SCHOOL DISTRICT, and SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS, Local Educational Agencies,<br><br>    Defendants. | Case No.: ED CV 16-713-DMG (SPx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE [22] |

Plaintiff A.R. has requested a Voluntary Dismissal with prejudice of the complaint he has filed in the District Court, based on his representation that the parties to this matter have entered into a full settlement of the issues raised herein.  This matter is now dismissed with prejudiced.  The Order to Show Cause dated June 27, 2016 [Doc. # 21] is DISCARGED.  IT IS SO ORDERED.

July 7, 2016
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE